KATIE E. SOMMER, Appellant, v. LYDIA G. NICOSIA, etc., Defendant, and SALLY M. PARISI, Also Known as SALVATORE PARISI, and SALVATORE M. PARISI, Respondents.— Order granting reargument and on reargument denying plaintiff's motion for summary judgment provided the appealing defendants pay the plaintiff interest to July 28, 1933, together with taxable costs, and upon compliance therewith dismissing the complaint, affirmed, with ten dollars costs and

* Affd., 264 N. Y. 693.                    † Revd., 265 N. Y. 149.

disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.